**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL C. ROBINSON, | ) | NO. CV 12-4285-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STATE OF CALIFORNIA, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 1, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE